Filed January 31, 1893.

---

No. 700.

### BEACH ET AL. *v.* BELL ET AL.

APPEAL.—*Jurisdiction.*—*Case Transferred to Supreme Court.*—*Contribution.*—*Lien.*—Jurisdiction, on appeal, of an action for contribution and to enforce a lien, is in the Supreme Court.

From the Vigo Superior Court.

*B. V. Marshall, J. Jump, J. E. Lamb* and *J. Davis,* for appellants.

*S. C. Stimson* and *R. B. Stimson,* for appellees.

REINHARD, C. J.—This was an action by the appellees against the appellants for contribution, and to enforce a lien for that purpose against the real estate of one Ebenezer C. Edmonds, deceased. The jurisdiction is in the Supreme Court.

Ordered transferred accordingly.

Filed January 31, 1893.